# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1107** | **September Term, 2023** |
| | EPA-89FR16408 |
| | **Filed On:** June 3, 2024 |

Fond du Lac Band of Lake Superior Chippewa, et al.,

      Petitioners

      v.

Environmental Protection Agency and Michael Regan, Administrator, U.S. Environmental Protection Agency,

      Respondents

------------------------------

Consolidated with 24-1109, 24-1110

### O R D E R

      Upon consideration of the unopposed motion to stay scheduling order and the unopposed motion to file a single reply brief in support of petitioner's motion to transfer, it is

      **ORDERED** that the deadlines to file initial submissions in these consolidated cases be suspended pending further order of the court. It is

      **FURTHER ORDERED** that petitioner Cleveland-Cliffs Inc. and petitioner United States Steel Corporation may each file a single reply to the oppositions to their motions to transfer not to exceed 4,000 words.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                          BY:    /s/
                                    Erica Thorner
                                    Deputy Clerk